HELEN M. BUTLER, an Infant, by EDWARD H. BUTLER, Her Guardian ad Litem, Appellant, v. HENRY H. COGSWELL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

LOUISE BARTOLO, an Infant, by ANTONIO BARTOLO, Her Guardian ad Litem, Appellant, v. CHARLES T. GILL and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDE E. BARNES, Appellant.— Judgment of conviction and order affirmed. All concur.

NETTIE M. BARNHART and Others, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment reversed on the law, and new trial granted, with costs to appellants to abide event, upon the authority of *American Woolen Co.* v. *State of New York* (195 App. Div. 698). All concur.

BERT E. VALENTINE, Respondent, v. MARIAN VANDERBROOK, Appellant.— Judgment and order affirmed, with costs. All concur, Clark, J., not sitting.

ANNA ROCK, as Administratrix, etc., of ANDREW ROCK, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days, upon payment of the costs of the motion and of this appeal. All concur.

GUISEPPI A. CENTOLELLA, Respondent, v. THE ALLEMANNIA FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and Others, Appellants.— Judgment and orders affirmed, with costs. All concur.

In the Matter of the Final Judicial Settlement of the Accounts of FREDERICK W. HERENDEEN, One of the Executors and Trustees of the Estate of EDWARD W. HERENDEEN, Late of the City of Geneva, N. Y., Deceased. WALTER B. HERENDEEN, Appellant; WALTER LLOYD SMITH, as Executor, etc., of EDWARD G. HERENDEEN, Deceased, Respondent.— Decree affirmed, with costs. All concur.

GLENS FALLS INSURANCE COMPANY, Appellant, v. JOSEPH J. KINGSBURY, Substituted as Defendant Instead of JAMES W. HIGGINS, Acting Chief of Buffalo City Police, Respondent.— Judgments of Special Term and judgments of City Court reversed, and a new trial granted in the Buffalo City Court, with costs at Special Term and in this court to the appellant to abide the event. New trial to be had on the 18th day of May, 1922, at ten A. M.* Held, that the City Court was without power to amend the judgment so as to award return of the chattel to the defendant, or if delivery could not be had, to award judgment against the plaintiff for $1,000. All concur.

NICHOLAS D. PETERS and Others, Respondents, v. H. PLATT OSBORNE, Appellant.— Judgment and order affirmed, with costs. All concur.

ALICE E. WEYMAN, Appellant, v. CLARENCE WEAVER, Respondent.— Order affirmed, with costs. All concur.

---

* See Buffalo City Court Act (Laws of 1909, chap. 570), § 55, as amd. by Laws of 1916, chap. 428. — [REP.